JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ZARIAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CRANK FAMILY COMMERCIAL WAY LLC, a California Limited Liability Company; JOSE MANUEL LA TORRE; LILIANA LA TORRE; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:15-CV-01635-JCG<br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 2/18/2016

　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　HONORABLE JAY C. GANDHI
　　　　　　　　　　　　　　　United States Magistrate Judge